akerman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 08/12/26

Rory J. McEvoy

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020

D: 212 259 6480
T: 212 880 3800
F: 212 880 8965
DirF: 212 259 7195

August 11, 2026

MEMO ENDORSED

**VIA ECF**

Honorable Barbara Moses
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: Gordon v. Mount Sinai Health System, Inc. et al.,**
**25 Civ. 03116 (DEH)(BM)**

Dear Judge Moses:

The parties submit this joint status letter pursuant to the Court's Order, dated June 16, 2026, to provide an update on discovery and settlement efforts since the Joint Letter filed on June 15, 2026.

Plaintiff's deposition is scheduled for August 14, 2026. Plaintiff served Defendants with a deficiency letter on July 28, 2026, with a deadline to respond within 30 days (*i.e.*, August 27, 2026). Defendants will respond by that deadline. The parties anticipate that the current deadlines will be met: August 24, 2026 for completion of depositions, and August 29, 2026 for completion of fact discovery.

Additionally, the parties respectfully request an adjournment of the status conference currently scheduled for August 18, 2026. Counsel for Defendants will be out of the office during the week of August 17, 2026, due to a pre-planned vacation that was arranged prior to the scheduling of the conference. Plaintiff's counsel has been advised of the conflict and consents to this request. The parties therefore respectfully ask that the Court adjourn the status conference to a mutually convenient date following Defendants' counsel's return to the office, and the parties remain committed to moving this matter forward expeditiously. The parties thank the Court for its consideration of this request.

There is no update regarding settlement since the Joint Letter, dated January 6, 2026.

Respectfully submitted,

*/s/ Rory J. McEvoy*

Rory J. McEvoy, Esq.

Respectfully submitted,

*/s/ Elan Ginzberg*

Elan Ginzberg, Esq.

Application GRANTED. The status conference currently scheduled for August 18, 2026 is hereby ADJOURNED to **September 3, 2026** at **10:00 a.m.** The parties must submit a further joint status update letter no later than **August 27, 2026**. SO ORDERED.

Barbara Moses
United States Magistrate Judge
August 12, 2026