USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 09/03/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREN GORDON,

Plaintiff,

-against-

MOUNT SINAI HEALTH SYSTEM, INC. *et al.*,

Defendants.

25-CV-3116 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

As discussed on the record during today's status conference:

1. The parties must meet and confer regarding all outstanding written discovery disputes no later than **September 17, 2026**.
2. Any letter-motion concerning written discovery disputes must be filed no later than **September 21, 2026**.
3. All fact depositions must be completed no later than **October 5, 2026**.
4. The parties do not anticipate expert discovery. No later than **October 30, 2026**, any party seeking summary judgment must file either (a) its summary judgment motion or (b) a letter outlining its proposed motion and requesting a pre-motion conference. If neither party seeks summary judgment, the parties should instead file a joint letter, no later than October 30, 2026, informing the Court as such.

Dated: New York, New York
September 3, 2026

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**