akerman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/02/26

Rory J. McEvoy

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020

D: 212 259 6480
T: 212 880 3800
F: 212 880 8965
DirF: 212 259 7195

October 30, 2026

MEMO ENDORSED

**VIA ECF**
Honorable Barbara Moses
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: Gordon v. Mount Sinai Health System, Inc., et al.**
**No. 25-CV-03116 (DEH) (BM)**

Dear Judge Moses:

The parties submit this joint letter pursuant to the Court's order dated September 3, 2026 (Dkt. 35), which directed that, no later than today, October 30, 2026, any party seeking summary judgment file either its summary judgment motion or a letter outlining its proposed motion and requesting a pre-motion conference, or, if neither party seeks summary judgment, that the parties file a joint letter informing the Court as such. For the reasons below, the parties jointly request an extension of the October 30, 2026 deadline.

The parties are currently engaged in settlement discussions, and follow up document discovery is ongoing. The parties have not yet determined whether either side will seek summary judgment, and they believe that additional time will allow them to pursue a potential resolution of this matter before incurring the expense of summary judgment practice.

In addition, as Your Honor was made aware during the September 3, 2026 Status Conference, Defendants' counsel has several trial commitments over the coming weeks. Defendants' counsel is currently on trial in New York State Supreme Court, where jury selection will begin next week, on November 5, 2026; that trial is expected to last at least one week. Defendants' counsel also has a trial in this District scheduled for November 9, 10, and 12, 2026, and has another trial in New York State Supreme Court scheduled to begin on November 16, 2026.

Accordingly, the parties request that the Court extend the deadline for either party seeking summary judgment to file either its motion or a pre-motion letter, or for the parties to file a joint letter informing the Court that neither party seeks summary judgment, from October 30,

2026 to December 18, 2026. The parties further request that the deadline for dispositive motions be extended to January 29, 2927. This is the parties' first request for an extension of these deadlines, and both parties consent to the request.

Respectfully submitted,

*/s/ Rory J. McEvoy*

Rory J. McEvoy, Esq.

Respectfully submitted,

*/s/ Elan Ginzberg*

Elan Ginzberg

Application GRANTED. No later than **December 18, 2026**, any party seeking summary judgment must file either (a) its summary judgment motion or (b) a letter outlining its proposed motion and requesting a pre-motion conference. Should neither party seek summary judgment, the parties must file their proposed joint pretrial order no later than December 18, 2026, in accordance with the individual practices of the District Judge. *See* Dkt. 17 ¶ 12. SO ORDERED.

**Barbara Moses**
**United States Magistrate Judge**
**November 2, 2026**